United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEKZAD DZHANPOLATOV,
Plaintiff,
v.
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,
Defendants.

Case No. 26-cv-02827-RS

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pro se plaintiff Bekzad Dzhanpolatov seeks leave to file an amended complaint, which he asserts narrows the number of defendants, "corrects residence information, and adds material events occurring after the original complaint." Defendants filed no timely opposition. Without concluding that any of the amended allegations are either necessary or sufficient, the motion for leave to amend is granted. The hearing set for September 10, 2026, is vacated.

**IS SO ORDERED**.

Dated: September 1, 2026

RICHARD SEEBORG
United States District Judge